# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00450-CV

**Jacqueline Harrington, Appellant**

**v.**

**Cross Creek of Texas, Ltd., Appellee**

### FROM THE COUNTY COURT OF TRAVIS COUNTY
### NO. C-1-CV-19-001649, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 25, 2019. On November 4, 2019, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by November 14, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed: December 13, 2019